1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9  STEVE ALLEN SMITH,
10           Petitioner,                  No. CIV S-07-2237 MCE KJM P
11      vs.
12 A. HEDGPETH, Warden, et al.,
13           Respondents.                 ORDER
14 _____/
15           Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of
16 habeas corpus pursuant to 28 U.S.C. § 2254, an application to proceed in forma pauperis and a
17 request for the appointment of counsel.
18           Examination of the in forma pauperis application reveals that petitioner is unable
19 to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be
20 granted. See 28 U.S.C. § 1915(a).
21           There currently exists no absolute right to appointment of counsel in habeas
22 proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C.
23 § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice
24 so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does
25 not find that the interests of justice would be served by the appointment of counsel at the present
26 time.

Since petitioner may be entitled to relief requested in his petition for writ of habeas corpus if the claimed violations of constitutional rights are proven, respondents will be directed to file a response to petitioner's habeas petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Petitioner's October 19, 2007 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

3. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
smit2237.110(10.19.07)