IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE ALLEN SMITH,

      Petitioner,                      No. CIV S-07-2237 MCE KJM P

    vs.

A. HEDGPETH, Warden, et al.,

      Respondents.             ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time (docket no. 10) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
smit2237.111