# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE ALLEN SMITH,

    Petitioner,

vs.

A. HEDGPETH, Warden, et al.,

    Respondents.

No. 2:07-cv-02237-AK

ORDER

    Petitioner, a California state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He was previously granted in forma pauperis filing status. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam).

    Accordingly, IT IS HEREBY ORDERED that:

    1. Lawrence Gibbs, Esq., P.O. Box 7639, Berkeley, CA 94707, and Cliff Gardner, Esq., 19 Embarcadero Cove, Oakland, CA 94606, are appointed to represent petitioner.

    2. The Clerk of the Court is directed to serve a copy of the petition and this order on Federal Defender Daniel Broderick, Lawrence Gibbs and Cliff Gardner.

    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements to obtain copies of the documents in the file.

    4. If petitioner objects to the appointment of counsel, he may file an objection within 30 days of this order. Failure to file an objection will be deemed consent to the appointment.

5. Petitioner's petition and respondents' answer remain pending. Petitioner may file a supplemental opposition to respondents' answer within 60 days of this order. Respondents may file a supplemental reply within 30 days of the filing of the opposition. Supplemental briefs shall conform to the length and other applicable requirements of ordinary briefs.

May 20, 2009

ALEX KOZINSKI
United States Chief Circuit Judge
Sitting by designation