UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVE ALLEN SMITH**, | ) | 2:07-CV-02237-AK |
| Petitioner, | ) | |
| v. | ) | **ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |
| **A. HEDGPETH, Warden, et al.**, | ) | |
| Respondents. | ) | |

Good cause appearing, it is hereby ordered pursuant to FRAP 4(a)(5) that the time for filing the notice of appeal be extended for eight days to and including August 1, 2011.

Dated: July 29, 2011

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation