UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **STEVE ALLEN SMITH**, | ) | 2:07-CV-02237-AK |
| Petitioner, | ) | |
| v. | ) | **CERTIFICATE OF APPEALABILITY** |
| **A. HEDGPETH, Warden, et al.**, | ) | |
| Respondents. | ) | |

Petitioner has filed a "Motion for Certificate of Appealability." Good cause having been shown, the certificate is granted as to the following issue:

When a defendant is charged with two offenses, and one of the offenses contains sentencing enhancement allegations which render the second offense a lesser included offense to the other, does the Double Jeopardy Clause prohibit conviction on both offenses?

Dated: July 29, 2011

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation